ACCEPTED
01-15-00611-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/20/2015 12:46:48 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00611-CR

IN THE

COURT OF APPEALS

FOR THE

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/20/2015 12:46:48 PM
CHRISTOPHER A. PRINE
Clerk

FIRST JUDICIAL DISTRICT OF TEXAS

AT HOUSTON

_____

CAITLIN COLLEEN HALE
Appellant

VS.

THE STATE OF TEXAS
Appellee

_____

MOTION TO WITHDRAW
AS COUNSEL OF RECORD ON APPEAL

_____

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, KYLE B. JOHNSON, counsel for Appellant herein, and files this his Motion to Withdraw as Counsel of Record on Appeal. In support thereof, he would respectfully show the Court as follows:

I.

On September 9, 2013, the appellant appeared in court and plead "guilty" to the offense of Aggravated Assault (involving a Family Member). Pursuant to a plea agreement, the appellant was placed on a 3 year deferred adjudication probation and assessed a fine of $500. (CR - 015-032). On March 24, 2015, a Motion to Adjudicate

Guilt (MAG) was filed alleging two law violations as well as various technical violations.

On June 15, 2015, the appellant appeared in Court and was arraigned on the Motion to Adjudicate Guilt. It appears that a deal had been struck with the State in which, in exchange for a plea of "true" to the MAG allegations, the State would recommend 2 years in the Institutional Division of the Texas Department of Criminal Justice. However, the trial court was uncomfortable with the appellant's responses during the plea and the trial court stopped the proceeding and set the MAG for a hearing.

A hearing on the State's Motion to Adjudicate Guilt was held over a two day period and, on June 25, 2015, a number of the allegations were found "true" and the appellant was sentenced to 7 years in the Institutional Division of the Texas Department of Criminal Justice.

## II.

In compliance with the requirements of *Anders v. California,* 386 U.S. 738 (1967), *High v. State,* 573 S.W. 2d 807 (Tex.Crim.App. 1978) and *Kelly v. State*, 436 S.W. 3d 313 (Tex.Crim.App. 2014), court-appointed counsel on this appeal states that he has diligently reviewed the entire appellate record in this case as well as the applicable case law. In his opinion, the record presents no plausible grounds for appeal.

The undersigned attorney has 1) written a letter to the appellant notifying him of counsel's opinion, 2) provided the appellant with a copy of this *Anders* Brief along with a copy of counsel's Motion to Withdraw, 3) informed the appellant of his right to file a *pro se* response and of his right to review the record preparatory to filing that response, 4)

2

informed the appellant that, should he choose to invoke his right to file a *pro se* response, he should sign and date a Motion to Review the Appellate Record (a form for which was included) and return it to the Court of Appeals within ten days of the date of the accompanying letter, 5) provided the appellant with the mailing address for the Court of Appeals, and 6) advised him of his right to file a Petition for Discretionary Review with the Court of Criminal Appeals should he fail to get relief in the Court of Appeals.

For the reasons set forth above, the appellant's counsel requests that he be permitted to withdraw as counsel on appeal for the appellant.

Respectfully submitted,


  /s/ Kyle B. Johnson
Kyle B. Johnson
SBN: 10763570
917 Franklin, Suite 320
Houston, Texas 77002
Tel: (713) 223-4100
Fax: (713) 224-2889

CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing document has been forwarded to all counsel of record on this 20th day of November, 2015, to wit:

Alan Curry
Appellate Division
Harris County District Attorney's Office
1201 Franklin
Houston, Texas 77002

Ms. Caitlin Colleen Hale
SPN # 02691717
Harris County Jail
1200 Baker St., CB 4F1
Houston, TX 77002

   /s/ Kyle B. Johnson
Kyle B. Johnson